# UNITED STATES DISTRICT COURT

| UNITED STATES | District of | SOUTH CAROLINA |
|---|---|---|

| | |
|---|---|
| **UNTIED STATES** Plaintiff (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
| V. | |
| **LAJUSTIN WILLIAMS** Defendant (s), | **CASE NUMBER:** 2:22-cr-00139-BHH |

Notice is hereby given that, subject to approval by the court, **LaJustin Williams** substitutes
(Party (s) Name)

David F. Aylor , State Bar No. 74974 as counsel of record in
(Name of New Attorney)

place of     Donna K. Taylor .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | David Aylor Law Offices |
| Address: | 24 Broad Street Charleston, SC 29401 |
| Telephone: | (843) 744-4444          Facsimile  (843) 577-9204 |
| E-Mail (Optional): | david@davidaylor.com |

I consent to the above substitution.

Date:     3/22/22

_____
(Signature of Party (s))
W/ permission

I consent to being substituted.

Date:     3/22/22

_____
(Signature of Former Attorney (s))

I consent to the above substitution.

Date:     3/22/22

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:     _____          _____
                                                      Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**