AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

RECEIVED
2022 FEB 23 PM 1:08
UNITED STATES MARSHALS
COLUMBIA, SC

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:22-cr-139 |
| LAJUSTIN WILLIAMS<br>a/k/a " Smurf"<br>*Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* LAJUSTIN WILLIAMS, a/k/a "Smurf",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 2, 924(d)(1).
Title 21, United States Code, Section 841(a)(1), 841(b)(1)(A), 841(b)(1)(C), 841(b)(1)(D), 843(b), 853, 881.
Title 28, United States Code, Section 2461(c).

Date: February 22, 2022

City and state: Charleston, South Carolina

s/Chondra S. White
Deputy Clerk
*Issuing officer's signature*

s/Robin L. Blume
Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* FEB 23 2022, and the person was arrested on *(date)* 2/24/2022
at *(city and state)* Charleston, SC

Date: 2/25/2022

FBI SA Josh Leemis
*Arresting officer's signature*

By: P. Schwartz, IA
*Printed name and title*